# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

|  |  |
|---|---|
| HAROLD S MANNEY JR<br>THERESA MANNEY<br>Debtor(s) | Case No. 12-31266 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/07/2012.

2) The plan was confirmed on 12/11/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/15/2014.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,106.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $19,573.72 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$19,573.72** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,184.10 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $950.30 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,134.40** |

Attorney fees paid and disclosed by debtor:        $315.90

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED RADIOLOGISTS SC | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| ALGONQUIN APARTMENTS | Unsecured | 3,141.00 | 3,178.93 | 3,178.93 | 0.00 | 0.00 |
| AMERENUE ALL OPERATING DIST | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| AMERICA ONLINE | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOAN | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 24,936.00 | 25,621.13 | 25,621.13 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 15,582.00 | 15,715.08 | 15,715.08 | 0.00 | 0.00 |
| ARGOSY UNIVERSITY | Unsecured | 5,355.00 | NA | NA | 0.00 | 0.00 |
| ARIA DENTAL | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| BALLY TOTAL FITNESS | Unsecured | 854.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| BUCCANEER PROPERTY | Unsecured | 5,554.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 33,223.63 | 33,223.63 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 867.00 | 874.88 | 874.88 | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ALLON ENVIRONMENTAL | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 588.00 | 1,834.40 | 1,834.40 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| CITY OF FALLON WATER SEWER | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| CLEAR COMMUNICATION | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 220.00 | 1,135.70 | 1,135.70 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| DR MITCH BLAKER DDS | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECMC | Unsecured | 12,241.00 | 13,581.40 | 13,581.40 | 0.00 | 0.00 |
| ERAC-LOMBARD | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 8,637.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| GEMB/PAYPAL | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| GEMB/QVC | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| HAROLD WASHINGTON COLLEGE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HARRIS CONNECT | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 806.00 | NA | NA | 0.00 | 0.00 |
| HUSK HAWK GROUP LTD | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 446.00 | 9,435.65 | 9,435.65 | 2,829.68 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 291.77 | 291.77 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 207.84 | 207.84 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 426.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 72.53 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 698.50 | 1,537.62 | 1,537.62 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 559.99 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,476.55 | 9,736.66 | 9,736.66 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,747.78 | 1,747.78 | 0.00 | 0.00 |
| ISAC | Unsecured | 13,667.00 | 112,295.06 | 112,295.06 | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF REVENUI | Unsecured | 1,395.00 | 1,338.26 | 1,338.26 | 0.00 | 0.00 |
| KHM TRAVEL GROUP | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| KS CHILD SUPPORT ENFORCEMENT | Priority | 1,416.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF NETTIE SABIN | Unsecured | 1,003.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MOVING & STORAGE | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA MEDICINE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MED CTR | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MED CTR | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY OF CHICAGO | Unsecured | 4,000.00 | 3,548.00 | 3,548.00 | 0.00 | 0.00 |
| MASSAGE ENVY SPA | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,205.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 625.53 | 625.53 | 0.00 | 0.00 |
| MITCHELL GLASER MD | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| MIY DIRECT | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 123.00 | 7,822.37 | 7,822.37 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| NCEP | Secured | 12,100.00 | 15,225.00 | 15,225.00 | 6,742.46 | 578.47 |
| NCEP | Unsecured | 2,022.00 | 91.69 | 91.69 | 0.00 | 0.00 |
| NEBRASKA FURNITURE MART | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 1,249.00 | NA | NA | 0.00 | 0.00 |
| NEW WEST REALTY | Unsecured | 1,660.00 | NA | NA | 0.00 | 0.00 |
| OMEGA PSI PHI FRATERNITY INC | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| PANAM CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PAPA JOHNS | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| PAPA JOHNS | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | 424.36 | 424.36 | 0.00 | 0.00 |
| PENNSYLVANIA TURNPIKE COMMIS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN NOW URGENT CARE | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| PLANET FITNESS | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 475.00 | 483.62 | 483.62 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 737.29 | 737.29 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 480.00 | 479.77 | 479.77 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 907.00 | 907.26 | 907.26 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | NA | 779.65 | 779.65 | 0.00 | 0.00 |
| RCN | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| RCN CORPORATION | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTH CARE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL GROUP | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| RONALDA COLE MANNEY | Priority | NA | 8,604.87 | 8,604.87 | 2,088.71 | 0.00 |
| RONALDO MANNEY | Priority | 15,000.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY CRITICAL CARE | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MED CENTER | Unsecured | 837.00 | NA | NA | 0.00 | 0.00 |
| SEAWAY NATIONAL BANK | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| SHAWNEE COUNTY DISTRICT | Unsecured | 1,457.00 | NA | NA | 0.00 | 0.00 |
| SME PATHOLOGISTS SC | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| SOUND & SPIRIT | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| ST ELIZABETH HOSPITAL | Unsecured | NA | 652.64 | 652.64 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 510.00 | 1,071.10 | 1,071.10 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 571.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,128.00 | NA | NA | 0.00 | 0.00 |
| ST LOUIS COUNTY ASSOC | Unsecured | 1,421.00 | NA | NA | 0.00 | 0.00 |
| STAMPS.COM | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AMBULANCE SERVICES | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| TERMINIX INTERNATIONAL | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| TIMBERLANE VILLAGE | Unsecured | 914.00 | NA | NA | 0.00 | 0.00 |
| TRISTATE FINANCIAL | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| UNITED DEBT HOLDING LLC | Unsecured | 1,704.00 | NA | NA | 0.00 | 0.00 |
| UNIV OF IL AT CHICAGO SR1 | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| UNIV OF ILLINOIS CHICAGO | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL AT CHICAGO | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL AT CHICAGO | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL MEDICAL CNT | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 12,653.00 | 22,159.18 | 22,159.18 | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 2,312.00 | 23,894.70 | 23,894.70 | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PARK FOREST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WATSON MOTORSPORT | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| WEST HAVEN PARK APTS | Secured | NA | 0.00 | 3,200.00 | 3,200.00 | 0.00 |
| WEST HAVEN PARK APTS | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/NYCO | Unsecured | 1,383.00 | NA | NA | 0.00 | 0.00 |
| WILLOW HILL APARTMENTS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| YORK TERRACE AP | Unsecured | 1,790.00 | 1,671.03 | 1,671.03 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,225.00 | $6,742.46 | $578.47 |
| All Other Secured | $3,200.00 | $3,200.00 | $0.00 |
| **TOTAL SECURED:** | **$18,425.00** | **$9,942.46** | **$578.47** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $18,040.52 | $4,918.39 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,274.28 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$29,314.80** | **$4,918.39** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$276,394.05** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,134.40 |
| Disbursements to Creditors | $15,439.32 |
| | |
| **TOTAL DISBURSEMENTS :** | **$19,573.72** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/07/2014                    By: /s/ Tom Vaughn
                                                         Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**